UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ CASE NO. __5:05-mj-67 TAG__

Judgment &
**ORDER TO PAY**

Kirby A. Tubb

~~SOCIAL SECURITY #:~~
DATE OF BIRTH: 14 January 2005
DRIVER'S LICENSE #: D2517402
~~ADDRESS:~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 11 October 2005     _Kirby Tubb_
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 5:05-mj-67   FINE 100.00   ASGMT. 25.00
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 100.00 and a penalty assessment of $ 25.00 within 30 (days/~~months~~) or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____
(✓) Count one of the information is DISMISSED.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982~~

~~CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814~~

(**CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721**)

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 10/11/05     _/s/_ for U.S. MAGISTRATE JUDGE

Clerk's Office                                      EDCA - 03 Rev 8/97